UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DENNIS CHARLES BARTRAM,<br><br>　　　　　　　Defendant. | Case No. MJ11-225<br><br>**DETENTION ORDER** |

Offense charged:

　　　　Felon in Possession of a Firearm.
　　　　Possession of Methamphetamine with Intent to Distribute.
　　　　Possession of Heroin with Intent to Distribute.
　　　　Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

Date of Detention Hearing:  May 19, 2011.

　　　　The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

　　　　Defendant has an extensive criminal history.  The Court received no information about

DETENTION ORDER - 1

1  defendant's ties to the community, residence, financial circumstances, health, and drug or
2  alcohol use.  The defendant stipulated to detention.

3       It is therefore **ORDERED**:

4       (1)   Defendant shall be detained pending trial and committed to the custody of the
5  Attorney General for confinement in a correctional facility separate, to the extent practicable,
6  from persons awaiting or serving sentences, or being held in custody pending appeal;

7       (2)   Defendant shall be afforded reasonable opportunity for private consultation with
8  counsel;

9       (3)   On order of a court of the United States or on request of an attorney for the
10 Government, the person in charge of the correctional facility in which Defendant is confined
11 shall deliver the defendant to a United States Marshal for the purpose of an appearance in
12 connection with a court proceeding; and

13      (4)   The clerk shall direct copies of this order to counsel for the United States, to
14 counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services
15 Officer.

16      DATED this 19th day of May, 2011.

                                    _____
                                    BRIAN A. TSUCHIDA
                                    United States Magistrate Judge

DETENTION ORDER - 2