Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS C. BARTRUM,<br><br>Defendant. | NO. CR11-0203 RSM<br><br>**ORDER** |

THE COURT has considered the Defendant's unopposed motion to proceed with SRV disposition hearing by video conferencing, along with all the records and files in this case and the General Orders currently in effect.

THE COURT FINDS that the circumstances are as set forth in the Defendant's unopposed motion, and that a remote sentencing hearing my proceed via video conferencing as arranged by the court because further delays in this case would cause "serious harm to the interests of justice," *see* General Order No. 04-20 (3/30/20), for the reasons set forth in the Defendant's unopposed motion.  Accordingly,

ORDER AUTHORIZING SRV DISPOSITION HEARING TO
PROCEED BY VIDEO CONFERENCE - 1
*U.S.A. v. Bartram*, CR11-0203 RSM

**THOMAS D. COE**
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816

1   THE COURT ORDERS that Mr. Bartram's scheduled SRV disposition hearing on

2   April 16, 2021 may proceed by video conference, consistent with current procedures

3   established by this Court.

4   DONE this 7th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Thomas D. Coe*
By: _____
THOMAS D. COE
Attorney for Defendant Dennis C. Bartram

ORDER AUTHORIZING SRV DISPOSITION HEARING TO
PROCEED BY VIDEO CONFERENCE - 2
*U.S.A. v. Bartram*, CR11-0203 RSM

**THOMAS D. COE**
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816